Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ENDIS DANIEL GONZALEZ ORTEGA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:25-mj-00100-SAB |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. | |
| ENDIS DANIEL GONZALEZ ORTEGA, | |
| Defendant. | |

On September 3, 2025, counsel was appointed to represent Mr. Gonzalez Ortega for the initial appearance only in 1:25-mj-00100-1-SAB. On September 4, 2025, this Eastern District Court Ordered that Mr. Gonzalez Ortega be transported to the District of Nebraska.

Having completed her representation of Mr. Gonzalez-Ortega Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Dated: September 18, 2025

*/s/ Serita Rios*
—————————————
**Serita Rios**
Attorney for Defendant

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

IT IS SO ORDERED.

Dated: __September 22, 2025__     
UNITED STATES DISTRICT JUDGE